UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD QUALLS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION, et al.,<br><br>        Defendants. | Case No.  16-cv-06049-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration whether the case is related to *Dunson, et al. v. Cordis Corp., et al.*, No. 3:16-cv-03076.

      **IT IS SO ORDERED.**

Dated:  December 22, 2016

VINCE CHHABRIA  
United States District Judge