UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD QUALLS, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CORDIS CORPORATION, et al.,<br><br>           Defendants. | Case No. 16-cv-06049 EMC<br><br>ORDER REMANDING CASE |

For the reasons stated in this Court's September 23, 2016 Order in Dunson v. Cordis, C16-3076-EMC, Docket No. 53, the Court hereby REMANDS this case to state court for lack of subject matter jurisdiction.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: 1/6/2017

EDWARD M. CHEN
United States District Judge